1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8   URIEL CASTANEDA,

9                        Plaintiff,              Case No. C11-1928-MJP-BAT

10          v.                                   **REPORT AND**
                                                 **RECOMMENDATION**
11  SIX UNKNOWN AGENTS, et al.,

12                       Defendants.

13          Plaintiff, a prisoner in Texas, submitted a pros se § 1983 complaint without paying the filing

14  fee or submitting an in forma pauperis ("IFP") application.  Dkt. 1.  Plaintiff was advised to

15  either pay the filing fee or submit a proper IFP application by December 19, 2011, or his case

16  may be dismissed.  Dkt. 3.  Because plaintiff has neither submitted an IFP application nor paid

17  the filing fee, the Court recommends the matter be **DISMISSED** without prejudice.

18          If plaintiff objects to this Recommendation, he must file his objections, limited to five

19  pages, by **January 10, 2012.**  The matter will be ready for the Court's consideration on **January**

20  **13, 2012.**  The failure to timely object may affect the right to appeal.  A proposed order

21  accompanies this Report and Recommendation.  The Clerk is directed to provide a copy of this

22  ///

23  ///

REPORT AND RECOMMENDATION - 1

order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 20th day of December, 2011.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge