UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| URIEL CASTANEDA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIX UNKNOWN AGENTS, et al.,<br><br>　　　　　　　　Defendants. | Case No. C11-1928-MJP<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)　The Court adopts the Report and Recommendation.

(2)　This action is **DISMISSED** without prejudice.

(3)　The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 24th day of January, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1